# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mJ8105 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Arnulfo Macias-Garcia ) | |
| ) | Booking No. 882-013 |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Carlos Alberto Alvarez-Zuniga
059161-298 @ ICJ.

DATED: 2/19/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
   Deputy Clerk