UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj8105 |
| vs. | ) | ORDER |
| Arnulfo Macias-Garcia | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 882 015 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Martin Bernardino Sanchez-Rojas
05960-298 @ ICJ

DATED: 2/19/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECIEVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _Jeres Alvarez Romero_
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082